UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CHRISTIAN BERTOLI, et al.,
    Plaintiffs,

v.

WACHOVIA COPORATION, FSB,
    Defendant.

No. C 11-3432 TEH

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     TBD
Mediator:     Robert Pohls

    IT IS HEREBY ORDERED that the request to excuse defendant's representative from appearing in person at the mediation before Robert Pohls is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

January 23, 2012      By:      _Elizabeth D. Laporte_
Dated      Elizabeth D. Laporte
     United States Magistrate Judge