UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CHRISTIAN BERTOLI, et al.,
    Plaintiffs,

No. C 11-3432 TEH

v.
WACHOVIA COPORATION, FSB,
    Defendant.

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      TBD
Mediator:  Robert Pohls

    IT IS HEREBY ORDERED that the request to excuse defendant's representative from appearing in person at the mediation before Robert Pohls is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

January 23, 2012    By:    *Elizabeth D. Laporte*
Dated                                  Elizabeth D. Laporte
                                      United States Magistrate Judge