UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN BERTOLI and PATTI BERTOLI,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION, FSB and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 3:11-cv-03432-TEH<br>[Hon. Thelton E. Henderson]<br><br>ORDER ON STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE |

    The Court, having considered the joint stipulation and request for an extension of the mediation completion deadline filed by plaintiffs Christian and Patti Bertoli and defendant Wachovia Mortgage, A Division Of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank, Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued as "Wachovia Corporation, FSB" ("Wells Fargo"), and good cause appearing, orders that the mediation completion deadline formerly set for April 30, 2012 be continued to May 30, 2012.

Dated:  04/25/2012

_____
Hon. Thelton E. Henderson
Senior U.S. District Judge

95451/000913/00377766-1

1

CASE NO. 3:11-CV-03432-TEH
ORDER RE: MEDIATION COMPLETION