IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN BERTOLI AND PATTI BERTOLI,

    Plaintiffs,

v.

WACHOVIA CORPORATION, et al.,

    Defendants.

NO. C11-3432 TEH

ORDER DENYING MOTION TO WITHDRAW CONSENT TO MEDIATION

    The Court, being in receipt of counsel's stipulation to withdraw consent to mediation, has read and considered the request, and does not find sufficient grounds to allow counsel to withdraw their consent at this juncture. Though the filed stipulation suggests some scheduling difficulties, such difficulties are not aberrant and therefore do not justify a withdrawal of consent to mediation. The request is therefore DENIED and counsel are instructed to proceed as previously ordered. The mediation completion deadline is hereby EXTENDED to **July 16, 2012.** Plaintiff shall furnish Defendant with dates on which Plaintiff will be available to participate in mediation within seven days of this Order.

**IT IS SO ORDERED.**

Dated: 5/31/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT