1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   CHRISTIAN BERTOLI AND PATTI BERTOLI,            No. C 11-03432 TEH

9               Plaintiff,                          **ORDER OF DISMISSAL**

10      v.

11   WACHOVIA CORPORATION, FSB,

12               Defendant.

13   _____/

14

15          The Parties hereto, by their counsel, having advised the Court that they have agreed to a

settlement of this cause,

16          IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however,

17   that if any party hereto shall certify to this Court, with proof of service of a copy to opposing

18   counsel, within sixty (60) days from the date of this order, that the agreed consideration for said

19   settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall

20   forthwith be restored to the calendar to be set for trial.

21

22   Dated: 09/06/2012

23                                                  THELTON E. HENDERSON
                                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28